IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| VERNON DEWAYNE CROCKETT, | § |
| Petitioner, | § |
| VS. | § NO. 4:06-CV-066-A |
| DOUGLAS DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, | § |
| Respondent. | § |

O R D E R

Came on for consideration the above-captioned action wherein Vernon Dewayne Crockett is petitioner and Douglas Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On March 24, 2006, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by April 14. On April 13, petitioner filed his written objections. Respondent has not made any further response. In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the court makes a de novo determination of those portions of the proposed findings or recommendations to which specific objection

is made. United States v. Raddatz, 447 U.S. 667 (1980). The court is not addressing any nonspecific objections or any frivolous or conclusory objections. Battle v. United States Parole Comm'n, 834 F.2d 419, 421 (5th Cir. 1987).

The magistrate judge concluded that the petition was time-barred pursuant to 28 U.S.C. § 2244(d). In his objections, petitioner unconvincingly attempts to reiterate the same substantive arguments he urged in the proceedings before the magistrate judge--that he is entitled to equitable tolling, and that his appellate counsel was constitutionally inefficient because he failed to inform petitioner about his right to file a petition for discretionary review with the Texas Court of Criminal Appeals after his appeal-of-right was completed. The court is satisfied with the magistrate judge resolution of those issues. See Moore v. Cockrell, 313 F.3d 880, 881-82 (5th Cir. 2002); see also Fisher v. Johnson, 174 F.3d 260, 263 (5th Cir. 1999).

For the reasons stated herein,

The court accepts the findings, conclusions and recommendation of the magistrate judge and ORDERS that the petition in this action be, and is hereby, dismissed as time-barred.

SIGNED April 13, 2006.

_____
JOHN McBRYDE
United States District Judge

3